UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| TINA B., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:18-CV-00090-LEW |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM OF DECISION**

On September 23, 2019, the Court sustained Plaintiff's Statement of Errors, vacated Defendant's final administrative decision, and remanded the matter for further proceedings.

The matter is before the Court on Plaintiff's Application for Fees and Expenses pursuant the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 28). Defendant does not oppose the application.[1] Defendant's Response (ECF No. 30).

Plaintiff's Application for Fees and Expenses is GRANTED in the amount of $5,854.55.

**SO ORDERED.**

Dated this 2nd day of January, 2020.

/S/ LANCE E. WALKER
UNITED STATES DISTRICT JUDGE

---

[1] Defendant objects to Plaintiff's request that the Court order that payment of attorney fees be directed to counsel rather than Plaintiff. Defendant's limited exception is well taken. Counsel's request that I specify who payment will be made to is not an appropriate request in the context of this motion.